IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTHUR LOPEZ, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:16-cv-02663-B |
| DON HERRING LTD., et al., § | |
| § | |
| *Defendants*. § | |
| § | |

## DEFENDANT MONICA BRAVERMAN'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE

Defendant Monica Braverman hereby moves to dismiss the Complaint filed against her by Arthur Lopez pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative, to strike the redundant, irrelevant, immaterial, and impertinent portions of Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(f). As grounds, Ms. Braverman states that Lopez's allegations, even if true, do not establish the gravamen of his Complaint, i.e., that Ms. Braverman knowingly acquired and/or sold Lopez's private/confidential information which was obtained from the Texas Department of Motor Vehicles. In fact, Lopez's allegations, if taken as true, establish the opposite, i.e., that Ms. Braverman has no liability under the Drivers Privacy Protection Act, 18 U.S.C. § 2721 *et seq.* As further grounds, Ms. Braverman incorporates her Brief in Support of Motion to Dismiss, or in the Alternative, To Strike filed concurrently herewith in accordance with Local Rule 7.1.

WHEREFORE, Ms. Braverman requests that the Court grant this motion and dismiss Lopez's single cause of action alleged against Ms. Braverman for violation of the DPPA, and award such further relief to Ms. Braverman as the Court deems just and proper.

599734.2

_____
DEFENDANT MONICA BRAVERMAN'S MOTION TO DISMISS                                    PAGE 1

Respectfully submitted,

*/s/ Thomas M. Hanson*
**THOMAS M. HANSON**
State Bar No. 24068703
**MCGLINCHEY STAFFORD, PLLC**
Three Energy Square
6688 N. Central Expressway, Suite 400
Dallas, Texas 75206
Telephone:  (214) 445-2445
Facsimile: (214) 445-2450
thanson@mcglinchey.com

*Attorneys for Defendant Monica Braverman*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on all parties on January 9th, 2017 as indicated below:

| *Via CM/ECF* | *Via CM/ECF* |
|---|---|
| Joseph H. Malley<br>Law Office of Joseph H. Malley<br>1045 North Zang Blvd.<br>Dallas, Texas 75208<br>*Attorneys for Plaintiff* | David B Tabor<br>Shackelford, Bowen, McKinley & Norton<br>9201 N. Central Expwy<br>Fourth Floor<br>Dallas, TX 75231<br>*Attorneys for Defendant Don Herring Ltd* |
| *Via CM/ECF* | *Via CM/ECF* |
| Jennifer D Jasper<br>West Webb Allbritton & Gentry PC<br>1106 West Avenue<br>Austin, TX 78701<br>*Attorneys for Tacito & Associates Inc.* | George N Wilson, III<br>Thompson Coe Cousins & Irons LLP<br>Plaza of the Americas<br>700 N Pearl Street, 25th Floor<br>Dallas, TX 75201-2832<br>*Attorneys for BB Direct Inc.* |

*/s/ Thomas M. Hanson*
**THOMAS M. HANSON**

599734.2